UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMMANUEL ONG, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>KITSAP RESIDENCES,<br><br>                Defendant. | CASE NO.  3:22-cv-05095-DGE<br><br>ORDER ON JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND DIMISSAL WITH PREJUDICE (DKT. NO. 17) |

      This matter comes before the Court on the parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint with Prejudice (Dkt. No. 17).  For the reasons discussed herein, the Court DENIES the parties' joint motion without prejudice to Plaintiff's ability to voluntarily dismiss this action.

      On February 16, 2022, Plaintiff filed a collective action suit against Defendant Kitsap Residences pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* (Dkt. No. 1.)  Plaintiff has not, at present, moved for conditional class certification pursuant to 29 U.S.C. § 216(b).

In their joint stipulated motion, the parties ask the Court to enter an order approving their settlement after scrutinizing it for fairness, in accord with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). (Dkt. No. 17 at 3.) The Eleventh Circuit has also extended its *Lynn's Food* rule to require court scrutiny of individual settlement of FLSA wage claims. *See Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1307 (11th Cir. 2013). The Ninth Circuit has not adopted the rule articulated in *Lynn's Food*, *see Wilson v. Maxim Healthcare Servs., Inc.*, No. C14-789RSL, 2017 WL 2988289, at *1 (W.D. Wash. June 20, 2017), and we decline to do so here. Though other courts in the circuit have adopted the *Lynn's Food* rule, most of these cases appear to occur in contexts where the approving court has already conditionally certified a class. *See, e.g.*, *Millan v. Cascade Water Servs., Inc.*, No. 112CV01821AWIEPG, 2016 WL 3077710, at *3 (E.D. Cal. May 31, 2016); *Otey v. Crowdflower, Inc.*, No. 12-CV-05524-JST, 2016 WL 304747, at *3 (N.D. Cal. Jan. 26, 2016).

Accordingly, the Court declines to adopt the *Lynn's Food* rule and therefore DENIES the parties' joint motion without prejudice. Plaintiff remains free to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a).

Dated this 21st day of October, 2022.

David G. Estudillo
United States District Judge

ORDER ON JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND DIMISSAL WITH PREJUDICE (DKT. NO. 17) - 2