THE HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMMANUEL ONG, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>KITSAP RESIDENCES,<br><br>                Defendant. | Case No.  3:22-cv-05095-DGE<br><br>**ORDER ADOPTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. NO. 19)** |

**ORDER ADOPTING JOINT STIPULATION
OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the Court on the Joint Stipulation of Dismissal with Prejudice (the "Stipulation"), which was jointly submitted by Plaintiff Emmanuel Ong ("Ong") and Defendant Kitsap Residences ("Kitsap Residences").

The Court, having reviewed the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises, finds that it is **ORDERED AND ADJUDGED** that the parties' Joint Stipulation of Dismissal with Prejudice is acknowledged.

ORDER ADOPTING JOINT STIPULATION
OF DISMISSAL WITH PREJUDICE - 1
(Case No. 3:22-cv-05095-DGE)

Sanford Law Firm, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(800) 615-4946

It is further **ORDERED AND ADJUDGED:**

1. That the above-captioned case is hereby **DISMISSED WITH PREJUDICE** as it relates to Plaintiff Emmanuel Ong and his individual claims against Kitsap Residences, without a separate award of costs or attorneys' fees to any party;

2. That the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE** as it relates to the claims of the other allegedly similarly situated individuals described in the Complaint filed by Plaintiff Emmanuel Ong in the above captioned case, without a separate award of costs or attorneys' fees to any party.

3. The Clerk of the Court shall **CLOSE** this case.

DATED this 25th day of October 2022.

David G. Estudillo
United States District Judge

Jointly Presented by:

SANFORD LAW FIRM, PLLC                JACKSON LEWIS, P.C.

By: *s/ April Rhéaume*                By:    *s/ Peter H. Nohle*
    April Rhéaume                              Peter H. Nohle, WSBA # 35849
    WSBA 57119                                 Daniel P. Crowner, WSBA #37136
    10800 Financial Centre Pkwy, Suite 510     520 Pike Street, Suite 2300
    Little Rock, Arkansas 72211                Seattle, WA 98101
    Telephone: 800-615-4946                    Telephone:  206-405-0404
    april@sanfordlawfirm.com                   Peter.Nohle@jacksonlewis.com
                                               Daniel.Crowner@jacksonlewis.com

    Attorney for Plaintiff                     Attorneys for Defendant

ORDER ADOPTING JOINT STIPULATION
OF DISMISSAL WITH PREJUDICE - 2
(Case No. 3:22-cv-05095-DGE)

Sanford Law Firm, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(800) 615-4946